UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY PADILLA, on behalf of himself, individually, and on behalf of others similarly-situated,<br><br>*Plaintiff*<br><br>-against-<br><br>URBAN GARDEN CENTER, INC. and DIMITRI GATANAS, individually, | Case No. 1:19-cv-9660<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney respectfully requests the Clerk and all parties to note his appearance in this case as retained counsel for Defendants URBAN GARDEN CENTER, INC. and DIMITRI GATANAS, individually, and demands all papers and pleadings in this matter to be served upon him via the CM/ECF automated system and/or the e-mail address listed below.

DATED:    New York, New York
               January 27, 2020

Respectfully submitted,

/s/ T. Bryce Jones
T. Bryce Jones, Esq.
**Jones Law Firm, P.C.**
*Attorney for Defendants*
42 W 38th Street
Suite 1002
bryce@joneslawnyc.com