```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                        :
HARRY PADILLA, on behalf of himself and all others  :
similarly situated,                                               :

                                      Plaintiff,             :          19-cv-9660 (LJL)

            -v-                                      :          <u>ORDER</u>

URBAN GARDEN CENTER, INC. and DIMITRI    :
GATANAS,                                                     :

                                  Defendants.       :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       This case has been randomly reassigned to me for all purposes.  It is hereby ORDERED that a post-discovery status conference is scheduled for September 11, 2020 at 4:00 p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

       SO ORDERED.

Dated: May 27, 2020
       New York, New York                  _____
                                                                       LEWIS J. LIMAN
                                                                       United States District Judge