UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY PADILLA, on behalf of himself, individually, and on behalf of all others similarly-situated,

               Plaintiff,

  -against-

URBAN GARDEN CENTER, INC., and DIMITRI GATANAS, individually,

               Defendants.

Docket No.: 19-cv-9660-LJL

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGEMENT

    Named-Plaintiff Harry Padilla and opt-in Plaintiff Robert Nitschke hereby accept the Fed. R. Civ. P. 68 Offer of Judgment that Defendants Urban Garden Center, Inc. and Dimitri Gatanas served on them on August 21, 2020, in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of attorneys' fees and costs, attached hereto as Exhibit A.

Dated: New York, New York
       August 26, 2020

                              Respectfully submitted,

                              BORRELLI & ASSOCIATES, P.L.L.C.
                              *Attorneys for Plaintiffs*
                              655 Third Avenue, Suite 1821
                              New York, New York 10017
                              Tel. (212) 679-5000
                              Fax (212) 679-5005

               By: _____
                    CAITLIN DUFFY, ESQ. (CD 8160)

## **CERTIFICATE OF SERVICE**

I, Caitlin Duffy, Esq., hereby certify that on this date, August 26, 2020, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment*, dated August 26, 2020, was served via ECF and electronic mail on the following:

Bryce Jones, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020
Email: bjones@andersonkill.com

_____
CAITLIN DUFFY, ESQ.