UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY PADILLA, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

URBAN GARDEN CENTER, INC., and DIMITRI GATANAS, individually,

                Defendants.

Docket No.: 19-cv-9660-LJL

**[PROPOSED] JUDGMENT**

**WHEREAS**, on August 21, 2020, Defendants Urban Garden Center, Inc. and Dimitri Gatanas, individually, offered that Named-Plaintiff Harry Padilla and opt-in Plaintiff Robert Nitschke ("Plaintiffs") take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of attorneys' fees and costs; and

**WHEREAS,** on August 26, 2020, Plaintiffs filed their Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs, as against Defendants Urban Garden Center, Inc. and Dimitri Gatanas, individually, jointly and severally, in the sum of Fifty Thousand Dollars and Zero Cents ($50,000.00).

SO ORDERED, on the _____ day of _____, 2020, New York, New York:

_____
The Honorable Lewis J. Liman, U.S.D.J.